# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                                                           dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                                                            ltrust@osbornlawpc.com

**MEMO ENDORSED**                October 23, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/24/2023

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Malm v. Commissioner of Social Security*
              Civil Action No. 1:23-cv-06511-ALC

Dear Judge Carter,

      We write on behalf of plaintiff, Jeanmarie Malm, and with the consent of the defendant, to request additional time to file plaintiff's motion for judgment on the pleadings which is due on October 26, 2023 per the Court's July 28, 2023 Standing Scheduling Order. This is the parties' first request for an extension.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

a. Plaintiff to file his motion for judgment on the pleadings on or before **February 1, 2024**;

b. Defendant to file its response/cross-motion on or before **May 1, 2024**; and

c. Plaintiff to file her reply (if any) on or before **May 15, 2024**.

Honorable Andrew L. Carter, Jr.
October 23, 2023
Page Two

    Thank you for your consideration of this request.

                            Respectfully submitted,

                            s/Daniel A. Osborn
                            Daniel A. Osborn
                            OSBORN LAW, P.C.
                            43 West 43rd Street, Suite 131
                            New York, New York 10036
                            Telephone:   212-725-9800
                            Facsimile:    212-500-5115
                            dosborn@osbornlawpc.com

cc: Padma Ghatage, Esq. (by ECF)

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 24, 2023